UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>SLEDGE FREDERICK,<br><br>                      Defendant. | No. 12-cr-943 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

As requested by Supervisee Sledge Frederick and recommended by the Probation Office, IT IS HEREBY ORDERED THAT the conditions of Supervisee's release are modified to allow him to reside in South Carolina until further order of the Court.  IT IS FURTHER ORDERED THAT Supervisee shall promptly provide USPO Michael Nicholson with Supervisee's contact information, residential address, and workplace information while in South Carolina.

SO ORDERED.

Dated:      October 16, 2023
               New York, New York

                                                                                      _____
                                                                                    RICHARD J. SULLIVAN
                                                                                    UNITED STATES CIRCUIT JUDGE
                                                                                    Sitting by Designation