UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

SLEDGE FREDERICK,

                Supervisee.

No. 12-cr-943 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT counsel for the government, counsel for the Supervisee, the U.S. probation officer assigned to this matter, and a representative of the U.S. Marshals Service shall appear at 11:00 a.m. on Thursday, March 26, 2026 in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York to discuss the government's inability to produce the Supervisee for an initial appearance on his alleged violation of his Supervised Release.

SO ORDERED.

Dated:       March 24, 2026
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE,
SITTING BY DESIGNATION