LAW OFFICES OF
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

May 12, 2026

**BY EMAIL AND ECF**
The Honorable Richard J. Sullivan
United States Circuit Court Judge
for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Re:    *United States v. Sledge Frederick*
>        **12cr943(RJS)**

Dear Judge Sullivan,

On Thursday May 28th, Sledge Frederick is scheduled to come before the Court to plead guilty and to be sentenced on Specification #3 of the outstanding Amended Violation of Supervised Report. Under the current schedule defendant's sentencing submission is due to be filed this Thursday May 14th. I respectfully request the Court adjourn the May 28th court appearance for approximately two weeks. AUSA Jacob Gutwillig consents to this request but asks that the appearance not be scheduled for the week of June 8th. We are both available the week of June 1st, except for June 5th, unless it is scheduled for 9:30 in the morning. I thank the Court for its consideration of this request.

Very truly yours,
/s/
Donna R. Newman
Cc: AUSA Jacob Gutwillig
    USO Michael Nicholson
    Sledge Frederick via first class mail

IT IS HEREBY ORDERED THAT the parties shall appear for sentencing on June 5, 2026 at 9:30 a.m. in Courtroom 21C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the defendant shall file his sentencing submission by May 22, 2026 and the government shall file its sentencing submission by May 29, 2026.

SO ORDERED.

Dated: May 12, 2026        RICHARD J. SULLIVAN
New York, New York         U.S. CIRCUIT JUDGE,
                           Sitting by Designation