LAW OFFICES OF
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

May 28, 2026

**BY EMAIL AND ECF**
The Honorable Richard J. Sullivan
United States Circuit Court Judge
for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:    *United States v. Sledge Frederick*
        **12cr943(RJS)**

Dear Judge Sullivan,

I have submitted today a sentencing submission on behalf of Sledge Frederick for your consideration in sentencing Mr. Frederick for his violation of supervised release. Mr. Frederick is scheduled to be sentenced on Friday, June 5th at 9:30 am.

Please note that this submission was due to be filed last week on May 22nd but due to inadvertent erroneous calendar entry (by me!) I had the due date for the submission for tomorrow May 29th. This of course was the due date for the Government's submission. I am sorry for this error and apologize for any inconvenience this may cause the Court and the Government.

Assistant United States Attorney Jacob Gutwillig has graciously agreed to allow this late submission but asks that his submission be due Tuesday, provided the Court wishes to proceed with sentencing as now scheduled. However, if the Court is unable to proceed with the sentencing hearing under this amended submission schedule, I request the Court schedule Mr. Frederick's sentencing during the week of June 15th other than on June 15th, at a time and date convenient for the Court and the parties.

Respectfully submitted
/s/
Donna R. Newman
Cc: AUSA Jacob Gutwillig via ECF & Eail
     USPO Michael Nicholson via Email
     Sledge Frederick via First Class Mail

IT IS HEREBY ORDERED THAT the government's sentencing submission is due on Tuesday, June 2, 2026.

IT IS FURTHER ORDERED THAT the sentencing hearing will remain scheduled for Friday, June 5, 2026 at 9:30 a.m. in Courtroom 21C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: June 1, 2026        RICHARD J. SULLIVAN
New York, New York        U.S. CIRCUIT JUDGE,
                          Sitting by Designation