UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -v-<br><br>SLEDGE FREDERICK,<br><br>                 Defendant. | No. 12-cr-943 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the sentencing scheduled for Wednesday, June 24, 2026 is adjourned to Friday, June 26, 2026 at 10:30 a.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:       June 9, 2026
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE,
SITTING BY DESIGNATION